# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LA SHEA ROSE CLAYTON,

                Plaintiff,

-against-                                   20 **CIVIL** 4241 (ALC)

## JUDGMENT

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Plaintiff's motion for judgment on the pleadings is DENIED. Defendant's cross-motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        March 31, 2022

                                                      **RUBY J. KRAJICK**

                                                        Clerk of Court

                              BY:

                                                          **Deputy Clerk**